ARTHUR I. WILLNER, SBN: 118480
awillner@leaderberkon.com
LEADER BERKON COLAO & SILVERSTEIN LLP
660 South Figueroa Street, Suite 1150
Los Angeles, CA 90017
Telephone:  (213) 234-1750
Facsimile:  (213) 234-1747

JS-6

ATTORNEYS FOR DEFENDANTS
American Airlines, Inc.; Envoy Air, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS KELLY, an Individual, and KEVIN KELLY, an Individual, <br><br>Plaintiffs, <br><br>vs. <br><br>AMERICAN AIRLINES INC., a Delaware Corporation; ENVOY AIR, INC., a Delaware Corporation; AMERICAN EAGLE, business form unknown, and DOES 1-100, Inclusive, <br><br>Defendants. | Case No. 2:19-cv-09543-RGK (MRWx) <br><br>**[PROPOSED] ORDER GRANTING REMAND OF REMOVED ACTION TO LOS ANGELES COUNTY SUPERIOR COURT** <br><br>Date Action Removed: 11/6/2019 |

## ORDER

Good cause having been shown, the Court hereby grants the parties' Stipulation to Remand Removed Action to Los Angeles County Superior Court and orders this action remanded to Los Angeles County Superior Court.

**SO ORDERED.**

DATED:  September 14, 2020

_/s/ Gary Klausner_
HON.  R. GARY KLAUSNER

---

**[Proposed] Order Granting Remand of Removed Action to Los Angeles Superior Court**
**Phyllis Kelly, et al. vs. American Airlines. Inc., et al.**
**Case No. 2:19-cv-9543-RGK (MRWx)**